# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **ROTHSCHILD BROADCAST DISTRIBUTION SYSTEMS, LLC,**<br><br>   **Plaintiff,**<br><br>   v.<br><br>**PASSIONFLIX, INC.,**<br><br>   **Defendant.** | **CIVIL ACTION NO. 1:20-cv-669-MN** |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff Rothschild Broadcast Distribution Systems, LLC ("Plaintiff"), by and through its undersigned counsel, hereby voluntarily dismisses the above-captioned action with prejudice in its entirety against Defendant Passionflix, Inc. ("Defendant") pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) by virtue of a Settlement Agreement between the parties to this action, whereby both Plaintiff and Defendant will bear their own attorneys' fees and costs and this Court will retain jurisdiction to enforce the Settlement Agreement (to the extent needed). Defendant has not served an answer or motion for summary judgment in this action and therefore dismissal without a court order is appropriate

Dated: August 22, 2020

Respectfully submitted,

*/s/Jimmy Chong*

**JIMMY CHONG, ESQ. (#4839)**
**CHONG LAW FIRM**
2961 Centerville Rd.
Ste 350
Wilmington, DE 19808
(215) 909-5204
chong@chonglawfirm.com

**ATTORNEYS FOR PLAINTIFF**